

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00842-CV

Ernesto **RIVERA**, Jr. and Brandon Torres,
Appellants

v.

Alissa **GARCIA** and Jose Reynaldo Mendez Garcia,
Appellees

From the County Court, Jim Wells County, Texas
Trial Court No. 17-05-57235-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The court reporter's notification of late reporter's record is NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court